IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GUSTAVO NAVARRETE, )
)
Plaintiff, )
)
v. ) Case No. 3:17-cv-00347-SMY
)
MADISON COUNTY, ILLINOIS, )
)
Defendant. )

## VERDICT FORM A

On the claim of Plaintiff for national origin discrimination against Defendant Madison County, Illinois, we, the undersigned jurors, find in favor of:

**(Plaintiff Gustavo Navarrete)** [circled]     or     (Defendant Madison County, Illinois)

If you have found for Defendant Madison County, Illinois, do not proceed further; however, if you found for Plaintiff, continue to the next question.

**[To be completed only if you have found in favor of the Plaintiff]**

We award damages as follows:

Compensatory damages of $ _250,000_ against Madison County, Illinois.

Dated: June _30_, 2021.